**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: November 10, 2011 |
| Court Reporter: Janet Coppock | Time: 21 minutes |
| Probation Officer: Jan Woll | Interpreter: Marcella Salazar |

**CASE NO. 11-CR-00249-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | John Canedy |
| Plaintiff, | |
| vs. | |
| **PAVEL ROBERTO LOYA-ROMERO,** | Matthew Belcher |
| Defendant. | |

**SENTENCING**

**11:05 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendant is present and in custody.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Argument by Mr. Belcher in support of defendant's Motion for Downward Sentencing Variance and comments addressing sentencing.

Page Two
11-CR-00249-PAB
November 10, 2011

Argument by Mr. Canedy in support of Government's oral motion for variant sentence and comments addressing sentencing.

Defendant addresses the Court.

Court states its findings and conclusions.

**ORDERED:**  Government's Oral Motion for Variant Sentence is **GRANTED**.

**ORDERED:**  Defendant's Motion for Downward Sentencing Variance (Doc #20), filed 10/26/11 is **GRANTED in PART.**

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **August 18, 2011** to count **One of the Indictment.**

**ORDERED:**  Defendant's plea of guilty is **ACCEPTED.**

**ORDERED:**  Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**  Defendant shall be **imprisoned** for **6** months.

**ORDERED:**  Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:**  The Court will not impose any supervised release in light of the amendment to the guideline pursuant to § 5D1.1.

**ORDERED:**  Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**  **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:**  A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:**  Defendant is advised that the Court will not provide any type of advisement regarding his appeal rights concerning this sentencing, however he may review his plea agreement to determine what the scope of his appeals rights might be.

Page Three
11-CR-00249-PAB
November 10, 2011

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**11:26 a.m.     COURT IN RECESS**

**Total in court time:          21 minutes**

**Hearing concluded**